Order entered December 3 , 2012

005151



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00218-CR

### GAYLAND LAMONT EDWARDS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F10-55217-Y

## ORDER

The Court **REINSTATES** the appeal.

On October 29, 2012, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On November 29, 2012, we received appellant's brief together with an extension motion. Therefore, we **VACATE** the October 29, 2012 order.

We **GRANT** the November 29, 2012 extension motion and **ORDER** appellant's brief filed as of the date of this order.

DAVID L. BRIDGES
JUSTICE